RODNEY M. PATTON,                    )
                                     )
                 Plaintiff,          )
                                     )
      v.                             )    No.   07 C 1761
                                     )
COUNTY OF COOK, et al.,              )
                                     )
                 Defendants.         )

## MEMORANDUM ORDER

Within ten days after the issuance of this Court's April 6,
2007 memorandum order dismissing the Complaint that had been
brought by Rodney Patton ("Patton"),[1] Patton has submitted what
he labels as his "Motion to Amend Complaint" (see the attached
photocopy of his handwritten motion), accompanied by a proposed
42 U.S.C. §1983 ("Section 1983") Complaint, an In Forma Pauperis
Application and Financial Affidavit ("Application") and a Motion
for Appointment of Counsel ("Motion"), all utilizing forms
provided by this District Court's Clerk's Office.  Because that
new filing sets out a wholly different claim from the one Patton
sought to advance in this action (this action claimed the denial
of medical care for Patton's back problems, while the new
pleading stems from an asserted March 19, 2007 assault on Patton
by other detainees at the Cook County Department of Corrections),

---

[1]   Because the basis for dismissal was Patton's "fail[ure]
to state a claim upon which relief may be granted" (see 28 U.S.C.
§1915A(b)(1)), that dismissal constitutes a "strike" for purposes
of 28 U.S.C. §1915(g).

Patton's new proposed Complaint has been assigned a new case number (07 C 2180) by the Clerk's Office, and this Court's handling of that new claim will be carried out under that number.

In the meantime, Patton's asserted Motion to Amend Complaint is denied. This case is over.

Milton I. Shadur
Senior United States District Judge

Date: April 30, 2007

Rodney M. Patten,

Plaintiff

V.

**JUDGE'S COPY**

APR 1 6 2007

CASE NO: 07 C 1761

County of Cook
Defendants,

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Motion to Amend Complaint

Now Comes the Plaintiff Rodney M. Patton, And ask the Honorable Court to Allow the Plaintiff to Amend his complaint. The Court Dismiss Plaintiff complaint on April 6, 2007. The Plaintiff now seeks to Amend that complaint and ask the court to reconsider the ruling and Allow the Plaintiff to Amend his complaint.

Respectfully Submitted